FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 1 1 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RYAN MASTERS, ) <br> ) <br> Defendant. ) <br> ) | 2:12-cr-145-MMD-GWF <br><br><br> ORDER |

The court granted William Carrico's "Motion to Withdraw as Counsel of Record and Affidavit of Counsel" (#22) on July 10, 2012, and ordered new counsel appointed (#25). Therefore;

IT IS HEREBY ORDERED that Chris T. Rasmussen, Esq. is appointed as counsel for Ryan Masters in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Rasmussen forthwith.

DATED this 11th day of July, 2012.

Nunc Pro Tunc Date: July 10, 2012

_____
GEORGE FOLEY, JR
United States Magistrate Judge