# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,  )
　　　　　　　　　　　　　　 )
　　　　　Plaintiff,　　　　 )　　2:12-CR-145-MMD-GWF
　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　 )
RYAN MASTERS,　　　　　　　 )
　　　　　　　　　　　　　　 )
　　　　　Defendants.　　　　)
_____ )

# ORDER DIRECTING CORRECTIONS CORPORATION OF AMERICA TO PROVIDE ENHANCED ATTORNEY/CLIENT ACCESS

IT IS HEREBY ORDERED: That Corrections Corporation of America provide Attorney Chris T. Rasmussen and/or Mark Maston (Licensed Investigator) with the ability to have longer contact visits with a laptop and external hard drive to prepare for trial.

DATED this 16 day of August, 2012.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Magistrate Judge