# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|       Plaintiff, ) | Case No. 2:12-cr-00145-MMD-GWF |
| vs. ) | **ORDER** |
| RYAN MASTERS, ) | Motion for Reimbursement (#42) |
|       Defendant. ) | |

      This matter comes before the Court on Defendant's Motion for Attorney Reimbursement of Telephone Expenses Pursuant to Title 18 U.S.C. §3006(d) (#42), filed on September 19, 2012. Defendant alleges he is at a disadvantage because he is unable to make collect calls to his counsel's office from the Nevada Southern Detention Center, and can only communicate with his counsel via U.S. mail. Defendant filed this motion in proper person. Local Rule IA 10-6(a) provides that "[a] party who has appeared by attorney cannot while so represented appear or act in the case." The Court will not address this motion, because Defendant filed it in proper person despite having counsel who has appeared in this matter. The appropriate manner for Defendant to bring this matter before the Court is to have his counsel file a motion. Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Motion for Attorney Reimbursement of Telephone Expense (#42) is **stricken.**

      DATED this 21st day of September, 2012.

      _____
      GEORGE FOLEY, JR.
      United States Magistrate Judge