UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>RYAN MASTERS,<br><br>        Defendant. | Case No. 2:12-cr-00145-MMD-GWF<br><br>ORDER<br><br>(Def.'s Mtn. for Clarification – dkt. no. 144; Def.s' Mtn. to Read US Constitution in Open Court Prior to Sentencing – dkt. no. 143) |

  Before the Court are Defendant Ryan Masters' Motion for Clarification (dkt. no. 144) and Motion to Read the United States Constitution in Open Court Prior to Sentencing (dkt. no. 143). Defendant filed these Motions pro se even though he is represented by counsel. As the Court previously informed Defendant in connection with his ex parte motion to substitute counsel, a party who is represented by counsel may not appear or act in the case under Local Rule IA 10-6.

  IT IS THEREFORE ORDERED that Defendant's two Motions are DENIED.

  DATED THIS 14th day of March 2013.

                  _____
                  MIRANDA M. DU
                  UNITED STATES DISTRICT JUDGE