# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-cr-00145-MMD-GWF |
| vs. | **ORDER** |
| RYAN MASTERS, | |
| Defendant. | |

This matter comes before the Court on Defendant Ryan Masters' ("Defendant") Motions for Return of Seized Property (#160, #162, #163, #164, #165, #166, #167, #168, #169) ("Motions"), filed between April 11 and May 28, 2013. The United States filed a Response (#161) to Defendant's first Motion (#160) on April 23, 2013.

Defendant filed the Motions pro se despite being represented by Counsel in this matter. Under Local Rule IA 10-6(a), "a party who has appeared by attorney cannot while so represented appear or act in the case." The Court will therefore strike Defendant's pro-se Motions. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Ryan Masters' pro-se Motions for Return of Seized Property (#160, #162, #163, #164, #165, #166, #167, #168, #169) are **stricken**.

DATED this 29th day of May, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge